Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ, Individually and as the Heir of BONI SUE RODRIGUEZ, Deceased,<br><br>Plaintiff(s),<br><br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,<br><br>Defendant(s). | Case No: 3:12-cv-06382<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kevin C. Newsom, an active member in good standing of the bar of the state of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fresenius Medical Care Holdings, Inc., et al., in the above-entitled action. My local co-counsel in this case is Tamara Fraizer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 | Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 521-8803 | (650) 839-5097 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| knewsom@babc.com | fraizer@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-2305-V78N.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kevin C. Newsom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/13

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that __Kevin Christopher Newsom__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __April 29, 2005__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __March 4, 2013__ with the seal of the Supreme Court of Alabama attached.



*Robert G. Esdale, Clerk*
*Supreme Court of Alabama*